IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JOHN CROCKRAN, et al.,

 Defendants.          Case No. 06-cr-30070-DRH

## ORDER

**HERNDON, District Judge:**

  Defendant Crockran has filed a Motion for Temporary Bond to Attend Funeral (Doc, 74), Crockran is currently a pre-trial detainee. He seeks bond in order to attend the funeral of his mother on December 16, 2006. However, he also states that he does not have the financial capability to post bond, if granted. In reviewing Crockran's criminal record, the charge pending against the defendant and the requirements of the statute, **18 U.S.C. § 3142**, the Court cannot make the appropriate finding to release him on bond, even for this occasion. Furthermore, the defendant advises that he does not have the capability to pay the fee for the U.S. Marshal to escort him. Therefore, said Motion (Doc. 74) is **DENIED**.

  **IT IS SO ORDERED.**

  Signed this 15th day of December, 2006.

                /s/  David RHerndon
                **United States District Judge**